IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

Civil Action: 17-cv-00457-STV         FTR - Reporter Deck - Courtroom C205
Date:  February 28, 2017              Courtroom Deputy: Monique Ortiz

*Parties:*                            *Counsel:*

SUPREME CABLE TECHNOLOGY, INC.        Leigh Holland Singleton (by phone)

    Plaintiff,

 v.

INLAND TECHNOLOGIES HOLDINGS, LLC     Lauren Elizabeth Mosse Thompson
RICK SCHMIDT, SR.                     Douglas W. Lambalot
RICK SCHMIDT, JR.
DURHAM COMMERCIAL CAPITAL CORPORATION

    Defendant,

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:   1:59 p.m.**
Court calls case.  Appearance of counsel.

This matter is before the court regarding the following pending Motions: Plaintiff's Request for a Hearing or Ruling on Plaintiff's Pending Notice of Discovery Dispute, Regarding January 26, 2017 Order Compelling Disclosure [Doc. No. 12, filed 2/23/2017];  Defendants' Motion for Protective Order Pursuant to C.R.C.P. 26(c) [Doc. No. 13, filed 2/23/2017]; Defendants' Motion for Extension of Time to Respond to Complaint [Doc. No. 19, 2/24/2017];  Defendants' Second and Final Motion for Extension of Time to Respond to Complaint [Doc. No. 20, filed 2/24/2017];   Plaintiff's Motion Seeking Leave of Court to Amend the Amended Complaint [Doc. No. 21, filed 2/24/2017];  Defendants' Forthwith Motion to Modify the Protective Order or in the Alternative for Leave to Designate Certain Materials Attorneys Eyes Only [Doc. No. 22, filed 2/24/2017];    Plaintiff's Notice of Discovery Dispute, Regarding January 26, 2017 Order Compelling Disclosure [Doc. No. 23, filed 2/24/2017]; and Defendants' Motion for Level 1 Restriction of Exhibit B to Defendants' Forthwith Motion to Modify the Protective Order or in the Alternative to Designate Certain

Materials Attorneys Eyes Only [Doc. No. 25, filed 2/27/2017].

For reasons stated on the record, it is:

**ORDERED:** Plaintiff's Request for a Hearing or Ruling on Plaintiff's Pending Notice of Discovery Dispute, Regarding January 26, 2017 Order Compelling Disclosure [Doc. No. 12, filed 2/23/2017] is **GRANTED** to the extent that it requests a hearing.

**ORDERED:** Defendants' Motion for Protective Order Pursuant to C.R.C.P. 26(c) [Doc. No. 13, filed 2/23/2017] is **DENIED as moot.**

**ORDERED:** Defendants' Motion for Extension of Time to Respond to Complaint [Doc. No. 19, 2/24/2017] is **DENIED as moot.**

**ORDERED:** Defendants' Second and Final Motion for Extension of Time to Respond to Complaint [Doc. No. 20, filed 2/24/2017] is **DENIED as moot.**

**ORDERED:** Plaintiff's Motion Seeking Leave of Court to Amend the Amended Complaint ("Motion to Amend") [Doc. No. 21, filed 2/24/2017] shall remain a pending motion. Defendant shall have fourteen days from today's date to file a response to this motion. Plaintiff shall then have fourteen days from the filing of the response to file it's Reply to the motion.

**ORDERED:** Defendants' deadline for filing a responsive pleading to the operative complaint is extended. If Plaintiff's Motion to Amend is denied, Defendants shall have 14 days to file a responsive pleading to the Second Amended Verified Complaint. If Plaintiff's Motion to Amend is granted, Defendants shall file responsive pleadings consistent with the Federal Rules of Civil Procedure.

**ORDERED:** Defendants' Forthwith Motion to Modify the Protective Order or in the Alternative for Leave to Designate Certain Materials Attorneys Eyes Only [Doc. No. 22, filed 2/24/2017] shall remain a pending motion. **The Clerk of Court shall remove the restriction level of the motion.**

The Response [Doc. No. 11, filed 2/23/2017] shall be designated as the Plaintiff's Response to [Doc. No. 22].

Defendants shall have fourteen (14) days from today's date to file a Reply in support of [Doc. No. 22].

**ORDERED:**   Plaintiff's Notice of Discovery Dispute, Regarding January 26, 2017 Order Compelling Disclosure [Doc. No. 23, filed 2/24/2017] is **DENIED without prejudice** with leave for Plaintiff to re-file after the parties confer either telephonically or in person.

**ORDERED:**   Defendants' Motion for Level 1 Restriction of Exhibit B to Defendants' Forthwith Motion to Modify the Protective Order or in the Alternative to Designate Certain Materials Attorneys Eyes Only [Doc. No. 25, filed 2/27/2017] is **GRANTED.** [#26] shall remain under Level 1 Restriction.

**ORDERED:**   The Scheduling Conference set for March 28, 2017 is **VACATED.** A Status Conference is set for **April 7, 2017 at 10:30 a.m.**

**ORDERED:**   The parties shall confer either in person or by phone before contacting the Judge's chambers to address any discovery disputes.

HEARING CONCLUDED.
**Court in recess**:   **3:32 p.m.**
Total time in court:   01:33

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.